**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 15-cv-01858-WJM-KLM**

AMY RIBEN and MAX RIBEN, individually and on behalf of their marital community,

    Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC.,

    Defendant.

---

### **RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL**

THE CLERK WILL PLEASE TAKE NOTICE:

COMES NOW the Plaintiffs, Amy Riben and Max Riben, pursuant to Rule 41(a)(1)(A)(i) and files this voluntary dismissal, without prejudice, and hereby dismisses the instant case. This plaintiff has not previously dismissed any state or federal court action based on or including the same claim against the defendant. Defendant has not filed an appearance, answer or motion for summary judgment.

    By: */s/ Craig R. Valentine*
    Craig Valentine
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    2301 E. Pikes Peak Avenue
    Colorado Springs, CO 80909
    Telephone: (719) 635-0377
    Facsimile: (719) 635-2920
    E-mail: craigv@hbsslaw.com

    Robert B. Carey
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    11 West Jefferson Street, Suite 1000
    Phoenix, AZ 85003
    Telephone: (602) 840-5900
    Facsimile: (602) 840-3012
    E-mail: rob@hbsslaw.com

Stuart M. Paynter
**THE PAYNTER LAW FIRM PLLC**
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
E-mail: stuart@paynterlawfirm.com

Sara Willingham
**THE PAYNTER LAW FIRM PLLC**
1340 Environ Way
Chapel Hill, NC 27517
Telephone: (919) 913-5531
Facsimile: (866) 734-0622
E-mail: swillingham@paynterlawfirm.com

## CERTIFICATION OF SERVICE

I, Craig R. Valentine, hereby certify that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of December, 2015.

/s/ *Craig Valentine*